# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARNETTA ANDERSON**, | : CIVIL ACTION NO. 3:12-CV-2278 |
| **Plaintiff**, | : (Chief Judge Conner) |
| v. | : |
| **CAROLYN W. COLVIN**, Commissioner of Social Security, | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 24th day of March, 2014, upon consideration of the complaint (Doc. 1) of plaintiff Darnetta Anderson ("Anderson") seeking review of a decision of the Commissioner of Social Security ("Commissioner") denying Anderson's claim for social security and disability benefits, the Commissioner's answer thereto (Doc. 7), the transcript (Docs. 8, 9, 10) of the administrative proceedings, and the parties' briefs (Docs. 13, 15), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Darnetta Anderson as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Darnetta Anderson disability benefits is affirmed.

3. The Clerk of Court shall close this case.

    /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania